UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | 3:14-CV-0159-MMD (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 28, 2014 |
| | ) | |
| WASHOE COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The U.S. Marshal's Office returned summons unexecuted for the following defendants: Deputy Eubanks, Deputy Evans, Deputy Hymn, and Deputy Legrone (#18). Plaintiff has filed three documents which more properly identify these defendants as follows (#21, 22, 25):

1. **Deputy Eubanks**: Worked 7:00 a.m. to 7:00 p.m. in Building #8 at the Washoe County Detention Center ("WCDC") on January 13, 2014;
2. **Deputy Hymn** (pronounced 'When'): Worked 7:00 a.m. to 7:00 p.m. in Building #8 at WCDC on April 17, 2014;
3. **Deputy Evans**: Worked 7:00 p.m. to 7:00 a.m. in Building #8 at the WCDC on March 30, 2014; and
4. **Deputy Legrone**: This person's name is spelled "**Lagrone**."

The Washoe County District Attorney ("WCDA") shall advise the court on or before **Friday, August 22, 2014** whether it will accept service on behalf of these defendants. If the WCDA is unable to accept service, it shall provide the first names of said defendants, if possible, based upon the information provided above.

Plaintiff's motions for subpoenas *duces tecum* (#s 21, 22 & 25) are **DENIED**.

**IT IS SO ORDERED.**          LANCE S. WILSON, CLERK

                              By:       /s/
                                    Deputy Clerk