UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT L. WILLIAMS,<br><br>          Plaintiff,<br> v.<br><br>WASHOE COUNTY JAIL, et al.,<br><br>          Defendants. | Case No. 3:14-cv-00159-MMD-VPC<br><br>ORDER |

## I. DISCUSSION

On June 17, 2014, this Court issued a screening order on the second amended complaint. (Dkt. no. 12.) The screening order acknowledged that Plaintiff had sued the Washoe County Jail and Sheriff Steve Haley as defendants but inadvertently failed to address whether any claims proceeded against them. (*Id.* at 4, 9-10.)

The Court now dismisses the Washoe County Jail from this case, with prejudice, as amendment would be futile. The Washoe County Jail, whose true name is the Washoe County Detention Facility, is an inanimate building and not an entity that is capable of being sued. *See Dubois v. Washoe Cnty. Jail*, 3:12-CV-00415-MMD, 2013 WL 100940, \*4 (D. Nev. Jan. 7, 2013).

The Court also dismisses Defendant Haley, without prejudice, from this case because there are no allegations in the second amended complaint against him. (*See* dkt. no. 13).

## II. CONCLUSION

For the foregoing reasons, it is ordered that Defendant Washoe County Jail is dismissed with prejudice from this case, as amendment would be futile.

It is further ordered that Defendant Haley is dismissed, without prejudice, from this case.

DATED THIS 6th day of October 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE