**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | 3:14-CV-0159-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 7, 2014 |
| WASHOE COUNTY JAIL, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to supplement and add parties (#41) is construed by the court as a motion to amend complaint. Pursuant to Local Rule 15-1, plaintiff shall attach the proposed amended pleading to any motion to amend so that it will be complete in itself without reference to the superseding pleading. Plaintiff did not attach a proposed amended pleading that is complete in itself as required by LR 15-1. Therefore, plaintiff's motion for leave to file an amended complaint (#41) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk