## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | 3:14-CV-0159-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 7, 2014 |
| | ) | |
| WASHOE COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for entry of Clerk's default filed on August 1, 2014 (#27) is **DENIED**. Defendants Gerow, Manor, Cossio, and Krush timely filed an answer on July 21, 2014 (#23). Defendants Evans, Eubanks, and Huynh timely filed an answer on October 1, 2014 (#47).

As to defendant Deputy Joshua Legrone, who is no longer employed by at the Washoe County Jail (#43), the Office of the District Attorney shall file this defendant's last known address *under seal* on or before **Friday, October 17, 2014** so the court may order the U.S. Marshal to attempt service of process. Plaintiff shall not be provided with the address filed *under seal.*

Plaintiff's notice/motion regarding service of process (#40) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk