```
_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        JAN 07 2015

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

RICHARD A. GAMMICK
Washoe County District Attorney

MARY KANDARAS
Deputy District Attorney
Bar No. 3974
P.O. Box 11130
Reno, NV 89520-0027
(775) 337-5700

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

ROBERT L. WILLIAMS,

        Plaintiff,

vs.

WASHOE COUNTY JAIL, et al.,

        Defendants.

Case No. 3:14-CV-00159-MMD-VPC

**EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

(Second Request)

      Pursuant to Local Rules 6-1 and 6-2, defendants, Eric Gerow, Kevin Krush, Dennis Manor, Charles Evans, Michael Eubanks, Howard Huynh, and Jerry Cossio, (collectively referred to as "defendants") by and through counsel, make an ex parte motion for an extension of time to file a motion for summary in this action. The Washoe County defendants request that the time for filing be extended from the current due date of January 11, 2015 until February 13, 2015.

      This is the second request for an extension of time in this case. The first was a stipulation for extension of the discovery cutoff. (Dkt. 45). This request is made in good faith and not for the purpose of delay. There are several outstanding motions that may affect the scope of the motion

//

//

1  for summary judgment, including a motion to amend the complaint, motions to compel and a
2  motion to strike the IFP order. (Dkts. 57, 58, 70, 71, 73, 78). (Affidavit of Mary Kandaras).

3  Dated this 2nd day of January, 2015.

4  RICHARD A. GAMMICK
   District Attorney

6  By ___/s/ Mary Kandaras___
7  MARY KANDARAS
   Deputy District Attorney
   P.O. Box 11130
8  Reno, NV 89520-0027
   (775) 337-5700

9  ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: January 6, 2015

26  P:\Civil\MK\LITIGATION\WILLIAMS v. WCJ\A+ Pending Matters\Request for Extension.doc

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing in an envelope addressed to the following:

Robert L. Williams, #1118862
NNCC
P.O. Box 7000
Carson City, NV 89702

Dated 2nd day of January, 2015

/s/ C. Mendoza
C. Mendoza

### AFFIDAVIT OF MARY KANDARAS

STATE OF NEVADA

COUNTY OF WASHOE

I, Mary Kandaras, being first duly sworn and under penalty of perjury, do hereby depose and say:

1. That I am a Washoe County Deputy District Attorney, and I am licensed to practice law in the States of Nevada and California;

2. That I am assigned to the case of Robert L. Williams v. Washoe County Jail, et al., 3:14-cv-00159-MMD-VPC;

3. I am requesting an extension of time to file a motion for summary judgment in this action. The defendants request that the time for filing be extended from the current due date of January 11, 2015 until February 13, 2015.

4. This is the second request for an extension of time in this case. The first was a stipulation for extension of the discovery cutoff. (Dkt. 45). There are several outstanding motions that may affect the scope of the motion for summary judgment. This includes a motion to amend the complaint, motions to compel and a motion to strike the IFP order. (Dkts. 57, 58, 70, 71, 73, 78).

5. This request is made in good faith and not for the purpose of delay.

FURTHER YOUR AFFIANT SAYETH NOT.

MARY KANDARAS

Subscribed and sworn to before me this 2nd day of January, 2015 by Mary Kandaras.

Notary Public

C. MENDOZA
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 96-5995-2 - Expires October 31, 2016