CHRISTOPHER J. HICKS
Washoe County District Attorney

MARY KANDARAS
Deputy District Attorney
Nevada State Bar Number 3974
P.O. Box 11130
Reno, NV 89520-0027
(775) 337-5700
ATTORNEYS FOR DEFENDANTS,
DEPUTY GEROW, DEPUTY MANOR,
SERGEANT COSSIO and SERGEANT KRUSH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT L. WILLIAMS, | |
| Plaintiffs, | Case No. 3:14-CV-00159-MMD-VPC |
| vs. | **DISCOVERY ORDER** |
| WASHOE COUNTY JAIL, et al., | |
| Defendants. | |

### ORDER DIRECTING NEVADA DEPARTMENT OF CORRECTIONS TO ACCEPT DELIVERY OF AUDIO AND VIDEO RECORDINGS

TO: Warden Isidro Baca
Stewart Conservation Camp
1721 E. Snyder Avenue
Carson City, Nevada, 89701
P.O. Box 5005
Carson City, Nevada, 89702

IT IS ORDERED that an audio recording and a video recording, contained on two discs, be accepted by the Warden of the Northern Nevada Correctional Center on behalf of Robert L. Williams, 1118862.

//

1   IT IS ORDERED that Robert L. Williams be permitted to review the contents of the
2   audio and video recordings in a manner consistent with prison policies.
3   IT IS FURTHER ORDERED that the Washoe County District Attorney's Office shall
4   contact the Warden's office to make arrangements for delivery of the recordings to the Warden.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
DATED April 3, 2015